

Julien A. Adams (SB No. 156135)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
(310) 656-7069 fax
julien@dovellaw.com
Attorneys for Beneficial Innovations, Inc.

**Priority** ✓
**Send**
**Enter** ✓
**Closed** ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT

JUL 31 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERMIX NETWORK, LLC; ELECTRONIC ARTS, INC.; POGO CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 05-5803 JFW (JWJx) <br><br> **Stipulation and [Proposed] Order of Dismissal with Prejudice** <br><br> **Hon. John F. Walter** <br><br> THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

Plaintiff Beneficial Innovations, Inc. ("Beneficial") and Defendants Electronic Arts, Inc. and Pogo Corporation (collectively "EA") hereby stipulate, and respectfully request that the Court ORDER, as follows:

1.     The First Amended Complaint of Beneficial against EA shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

LODGED

2006 JUL 25 PM 3: 07
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

54

2.      ~~The Court retains jurisdiction over the aforementioned claims and parties for the purpose of enforcing the terms and conditions of the settlement agreement entered into by and between Beneficial and EA.~~

**STIPULATED AND AGREED TO BY:**

Dated: July 21, 2006                          DOVEL & LUNER, LLP

                                                           By: _____
                                                                Julien A. Adams
                                                                Attorneys for Plaintiff, Beneficial
                                                                Innovations, Inc.


                                                           GIBSON, DUNN & CRUTCHER LLP
                                                           Wayne M. Barsky
                                                           Y. Ernest Hsin

Dated: July 21, 2006                          By: _____
                                                                Wayne M. Barsky
                                                                Attorneys for Defendants Electronic
                                                                Arts Inc. and Pogo Corporation


**IT IS SO ORDERED:**

Dated: July 27, 2006                          _____
                                                                John F. Walter
                                                                United States District Court Judge

Stipulation and Order of Dismissal with Prejudice

## PROOF OF SERVICE

I declare as follows:

I am employed in the County of Los Angeles, State of California, and am over the age of 18 years and not a party to the within action. My business address is 201 Santa Monica Boulevard, Suite 600, Santa Monica, California 90401.

On July 25, 2006, at Santa Monica, California, following ordinary business practices, I served the following document(s) described as:

**Stipulation and [Proposed] Order of Dismissal with Prejudice**

on counsel for the parties in this action, or on the parties in *propia persona*, by placing true and correct copies thereof in individual sealed envelopes, addressed as follows:

Wayne Barsky
Gibson, Dunn & Cruthcher
2029 Century Park East, Suite 4000
Los Angeles, CA 90067

☒ (BY MAIL): I am "readily familiar" with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, correspondence it would be deposited with the United States Postal Service that same day with postage fully prepaid at a Postal Service collection box at 201 Santa Monica Boulevard, Suite 600, Santa Monica, California 90401, in the ordinary course of business. The envelope(s) was sealed and placed for collection that same day following ordinary business practices.

☐ BY FEDERAL EXPRESS: I am "readily familiar" with this firm's practice of collection and processing of documents for delivery via Federal Express Delivery. Under that practice, documents would be deposited with Federal Express drop box in the ordinary course of business. The envelope was sealed and placed for collection that same day following ordinary business practices.

☐ (BY FACSIMILE) I transmitted the above document(s) by facsimile to the facsimile numbers of the recipients.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on July 25, 2006, at Los Angeles, California.

Brad Reaume